```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 29047
   DAVID GOOTRAD
   MURIEL GOOTRAD                               CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

            Debtor
   SSN XXX-XX-6970    SSN XXX-XX-6635


------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 08/05/04 and confirmed on 11/19/04.

   2.   The plan is paid in full.

   3.   The Debtor paid a total of $  10400.00 .

   4.   The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
CITIZENS BANK               SECURED            5625.00       1173.11        5625.00
CITIBANK NA                 UNSECURED        NOT FILED           .00            .00
ECAST SETTLEMENT CORPORA    UNSECURED           6069.90          .00         606.99
CAPITAL ONE FINANCIAL       UNSECURED        NOT FILED           .00            .00
CAPITAL ONE FINANCIAL       UNSECURED        NOT FILED           .00            .00
CAPITAL ONE FINANCIAL       UNSECURED        NOT FILED           .00            .00
CAPITAL ONE FINANCIAL       UNSECURED        NOT FILED           .00            .00
ECAST SETTLEMENT CORPORA    UNSECURED            771.27          .00          77.13
COMED                       UNSECURED        NOT FILED           .00            .00
HSBC                        UNSECURED        NOT FILED           .00            .00
HSBC                        UNSECURED        NOT FILED           .00            .00
LORD & TAYLOR               UNSECURED            238.14          .00          23.81
NIEMAN MARCUS               UNSECURED            656.02          .00          65.60
ORCHARD BANK                UNSECURED        NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC    UNSECURED           1975.63          .00         197.56
RESURGENT CAPITAL SERVIC    UNSECURED           1994.64          .00         199.46
SBC AMERITECH               UNSECURED        NOT FILED           .00            .00
CITIZENS BANK               UNSECURED           1262.33          .00         126.23
        Summary of disbursements:

                     SECURED     PRIORITY    UNSECURED       OTHER          TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   5625.00          .00     12967.93         .00        18592.93
PRINCIPAL PAID       5625.00          .00      1296.78         .00         6921.78
INTEREST PAID        1173.11          .00          .00         .00         1173.11
TOTAL PAID           6798.11          .00      1296.78         .00         8094.89
The Debtor's attorney, RICHARD E SEXNER               , was allowed $   2200.00
and was paid $   406.00  direct and $   1794.00  through the plan.

The Trustee received $    439.62 .
```

Refunds to the Debtor totaled $    71.49 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 05/21/08                          /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE